IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JENNIFER McCARTHY, as
Independent Administrator of the
Estate of ALLAN J. McCARTHY,
deceased,**
        **Plaintiff,**

    vs.                                                                **Cause No. 02-CV-1240 DRH**

**CESSNA AIRCRAFT COMPANY,**

        **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.-------------------------------------------------------------------------

                                                              **NORBERT G. JAWORSKI, CLERK**

September 7, 2005                              By:   s/Patricia Brown
                                                                        Deputy Clerk

APPROVED:/s/    David RHerndon          EOD:   9/7/2005
            **U.S. DISTRICT JUDGE**